On Motion to Dismiss
 

 PER CURIAM.
 

 This court hereby holds that the maternal grandmother in the present case is not a party, and thus, has no standing to bring the instant appeal. §§ 39.01(51), 39.501(1), 39.815(1), Fla. Stat. (2009).
 
 E.g., In re K.M.,
 
 978 So.2d 211 (Fla. 2d DCA 2008). The grandmother’s reliance on
 
 In re M.V.B.,
 
 19 So.3d 381 (Fla. 2d DCA 2009), is misplaced. Accordingly, the appeal is dismissed.
 

 POLEN, DAMOORGIAN and GERBER, JJ., concur.